IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS KLASSY,

    Plaintiff,

  v.

NANCY A. BERRYHILL and STEVE BREEN,

    Defendants.

No. C 19-01953 WHA

**ORDER TERMINATING CIVIL ACTION**

A prior order dated June 28 granted *pro se* plaintiff Thomas Klassy's motion to proceed *in forma pauperis* and dismissed the complaint pursuant to 28 U.S.C. § 1915(e) (Dkt. No. 5). That order gave plaintiff until August 2 to file an amended complaint addressing the deficiencies identified in the order (*id*. at 3). As of the date of this order, plaintiff has not filed an amended complaint nor sought an extension of time to do so. Accordingly, the instant action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 3, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE